(132 So. 908)

**W. D. McCARTY v. John L. ROBINSON et al.**

8 Div. 114.

Supreme Court of Alabama.

March 5, 1931.

See, ante, p. 55, 130 So. 680.

708

PER CURIAM.
Overruled.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.